IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-0152-WS |
| | ) | |
| PHAMOUS HOBBS, | ) | |
| | ) | |
| Defendant. | ) | |

Date of Previous Judgment:                 Defendant's Attorney:
   October 27, 2006

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), hand having considered such motion,

**IT IS ORDERED** that the motion is **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 100 months **is reduced to** 80 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any Departures)

    Previous Offense Level: <u>33</u>          Amended Offense Level: <u>31</u>

    Criminal History Category: <u>VI</u>      Criminal History Category: <u>VI</u>

    Previous Guideline Range: <u>235-293 mo.</u> Amended Guideline Range: <u>188-235 mo.</u>

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

If this reduced sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "time served" sentence, and release is stayed for ten days following entry of this order.

### III. ADDITIONAL COMMENTS

In determining that a reduced sentence is appropriate in this case, and in determining the extent of that reduction, the Court has considered the applicable factors of 18 U.S.C. § 3553(a), the nature and seriousness of any danger to the community, and the defendant's post-sentencing conduct. The government expressly does not object to this sentence reduction. (Doc. 138).

Except as provided above, all provisions of the judgment entered October 27, 2006 shall remain in effect.

**IT IS SO ORDERED**.

DONE and ORDERED this 24th day of March, 2011.

                                                    s/ WILLIAM H. STEELE
                                                  CHIEF UNITED STATES DISTRICT JUDGE